

5030 Broadway, Ste. 652
New York, NY 10034
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Alison J. Nathan                                          August 27, 2019
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     **Karim v. Ball 18cv11508**

Your Honor --

I write to inform the court that plaintiff intends to oppose the pending Motion to Dismiss and will not file an Amended Complaint in response.

We thank the court for its consideration.

Sincerely,

/S/

Leo Glickman