```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Karim,<br><br>　　　　　　Plaintiff,<br><br>　　–v–<br><br>Ball et al,<br><br>　　　　　　Defendants. | 18-cv-11508 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

　　The Court previously scheduled a post-discovery status conference for October 8, 2021. In light of the extension of the close of discovery to November 14, 2021 (Dkt. No. 82), the Court adjourns the post-discovery status conference to November 19, 2021 at 3:45 P.M.

　　SO ORDERED.

Dated: September 24, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

1