```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ISA-ABDUL KARIM,

                  Plaintiffs,

- against -

CORRECTION OFFICER DAYNE BALL,
et al.,

                  Defendants.
---------------------------------------------------------------X

18-cv-11508 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On September 27, 2021, Plaintiff's counsel notified the Court that Mr. Karim had died and requested a stay of the action. (Dkt. 84.) The Court granted the stay and entered an order directing Plaintiff's counsel to "file a status report every 60 days or such earlier time as either an administrator is appointed or any other event that would warrant dissolving the stay." (Dkt. 85.) No such report has been filed. Accordingly, Plaintiff's counsel shall file a status report by March 25, 2022.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 18, 2022
       New York, New York