```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ISA-ABDUL KARIM,

                    Plaintiff,

      - against -

CORRECTION OFFICER DAYNE BALL,
et al.,

                    Defendants.
-------------------------------------------------------------X

18-CV-11508 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 27, 2021, Plaintiff's counsel notified the Court that Mr. Karim had died and requested a stay of the action. (Dkt. 84.) The Court granted the stay and entered an order directing Plaintiff's counsel to "file a status report every 60 days or such earlier time as either an administrator is appointed or any other event that would warrant dissolving the stay." (Dkt. 85.)

On September 5, 2022, Plaintiff's counsel filed a letter updating the Court and requesting that the stay continue. (Dkt. 92.) The Court granted the request and ordered Plaintiff's counsel to "continue to file status reports every 90 days or, if earlier, within 10 days of appointment of Administrators." (Dkt. 93.)

Plaintiff's counsel has not submitted a status report since November 22, 2022. (Dkt. 94.) Accordingly, by March 7, 2023, Plaintiff's counsel shall file a letter updating the Court as to the status of the case and shall make sure to adjust their calendar to denote the Court's deadlines.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2023
       New York, New York