```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ISA-ABDUL KARIM,                                               :
                                                               :      18-CV-11508 (ALC) (RWL)
                            Plaintiff,                         :
                                                               :
              - against -                                      :      ORDER
                                                               :
CORRECTION OFFICER DAYNE BALL,                                 :
et al.,                                                        :
                                                               :
                            Defendants.                        :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 27, 2021, Plaintiff's counsel notified the Court that Mr. Karim had died and requested a stay of the action. (Dkt. 84.) The Court granted the stay and entered an order directing Plaintiff's counsel to "file a status report every 60 days or such earlier time as either an administrator is appointed or any other event that would warrant dissolving the stay." (Dkt. 85.) The Court has several times had to remind Plaintiff's counsel to timely file the required status reports.

On May 31, 2023, Plaintiff's counsel filed a letter updating the Court that the proposed administrators are in the process of obtaining a decree appointing them as administrators of the estate. (Dkt. 99.) By Order dated June 1, 2023, the Court ordered Plaintiff's counsel to file a status report by September 1, 2023 or within seven days after appointment of the administrator, whichever is earlier. (Dkt. 100.) Nothing has been filed.

Accordingly, by September 26, 2023, Plaintiff's counsel shall file a letter updating the Court as to the status of the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2023
New York, New York