UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ISA-ABDUL KARIM,

                Plaintiff,

     - against -

CORRECTION OFFICER DAYNE BALL,
et al.,

                Defendants.
---------------------------------------------------------------X

18-CV-11508 (ALC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Although this case is stayed, the parties were directed to file a status report by March 16, 2024, or within 7 days after appointment of administrators, whichever is earlier. (Dkt. 105.)  The Court has not received either.  Accordingly, by April 17, 2024, the parties shall file a status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2024
       New York, New York