

**STOLL, GLICKMAN & BELLINA LLP ATTORNEYS**

5030 Broadway, Ste. 652
New York, NY 10034
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
BY ECF

Granted.  The Clerk of Court is directed to change the caption of the case to substitute as plaintiff the following:  Estate of Isa-Abdul Karim, by Tristan Michael Ardrey and Dhuha Abdul Karim, Administrators.

SO ORDERED:

July 19, 2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

June 27, 2024

Re:    Isa-Abdul Karim v. Correction Officer Dayne Ball and Captain Katia Leon
        18-CV-11508 (AJN)(RWL)

Your Honor –

Pursuant to the court's order dated April 16, 2024, the newly appointed Co-Administrators of the estate of Isa-Abdul Karim, Tristan Micheal Ardrey and Dhuha Abdul Karim, move to substitute parties pursuant to the court order and FRCP 25(a)(1).

Attached with this motion is a copy of the Decree appointing the Co-Administrators.

Respectfully submitted,

Leo Glickman

Leo Glickman
*Attorney for Plaintiff*