UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ESTATE OF ISA ABDUL KARIM,                    :
BY TRISTAN MICHAEL ARDEY                        :
and DHUHA ABDUL KARIM, administrators,    :

                                            :    18-CV-11508 (ALC) (RWL)

                    Plaintiff,    :

                                            :

        - against -    :    **ORDER**

                                            :

CORRECTION OFFICER DAYNE BALL,    :
et al.,    :

                                            :

                   Defendants.    :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As administrators of the estate have now been appointed, and substitution granted

accordingly, by July 29, 2024, the parties shall file a status letter with the Court and a

proposed schedule for the remaining fact and expert discovery.

                                     SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
      New York, New York