UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESTATE OF ISA ABDUL KARIM,                       :
BY TRISTAN MICHAEL ARDEY                          :
and DHUHA ABDUL KARIM, administrators,            :
                                                  :        18-CV-11508 (ALC) (RWL)
                          Plaintiff,              :
                                                  :
             - against -                          :        **ORDER**
                                                  :
CORRECTION OFFICER DAYNE BALL,                    :
et al.,                                           :
                                                  :
                          Defendants.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The last status report was filed on June 9, 2025, and the stay last was extended

to September 23, 2025.  (Dkts. 123-124.)  Nothing has been filed since.  Accordingly, by

**November 13, 2025**, the parties shall file an updated status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2025
       New York, New York