UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ESTATE OF ISA ABDUL KARIM,                          :
BY TRISTAN MICHAEL ARDEY                             :
and DHUHA ABDUL KARIM, administrators,              :
                                                    :        18-CV-11508 (ALC) (RWL)
                             Plaintiff,             :
                                                    :
              - against -                           :        **ORDER**
                                                    :
CORRECTION OFFICER DAYNE BALL,                      :
et al.,                                             :
                                                    :
                             Defendants.            :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case has been stayed pending ongoing estate issues. On November 12, 2025, the Court ordered Plaintiff to file a status report by the earlier of 90 days from November 12, 2025, or within seven days of appointment of administrators for this case. (Dkt. 127) That time period has elapsed, and no status report has been filed with the Court. Accordingly, Plaintiff shall file a status report by February 24, 2026.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 17, 2026
        New York, New York