UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ESTATE OF ISA ABDUL KARIM,                          :
BY TRISTAN MICHAEL ARDEY                             :
and DHUHA ABDUL KARIM, administrators,              :
                                                     :        18-CV-11508 (ALC) (RWL)
                              Plaintiff,             :
                                                     :
             - against -                             :              **ORDER**
                                                     :
CORRECTION OFFICER DAYNE BALL,                       :
et al.,                                              :
                                                     :
                              Defendants.            :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The stay of this case is hereby LIFTED. When the case was stayed on September 27, 2021, due to a suggestion of Plaintiff's death (Dkt. 85), fact discovery had just recently been extended with a deadline for completion by November 14, 2021. (Dkt. 82.) The parties shall proceed with discovery and by **May 27, 2026**, shall file a joint proposed schedule for completion of fact and, if relevant, expert discovery.

The Clerk of Court is respectfully directed to remove the stay designation on ECF.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 19, 2026
       New York, New York